## Hatfield v. Cline.

### Appeal from Pike Circuit Court.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON—On motion to dismiss appeal—Motion sustained.

Appellant did not file the transcript in time. The time had expired when he took out a rule against the clerk. It was incumbent on him to have the time extended before it expired. An appeal may now be granted by the clerk of this Court. The motion to dismiss the appeal is sustained.